# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**269**

**CA 11-00468**

PRESENT: SMITH, J.P., FAHEY, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF THE APPLICATION OF DONALD
SAWYER, PH.D., EXECUTIVE DIRECTOR OF CENTRAL
NEW YORK PSYCHIATRIC CENTER,
PETITIONER-RESPONDENT,

V                                                                    ORDER

MICHAEL N., RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

EMMETT J. CREAHAN, DIRECTOR, MENTAL HYGIENE LEGAL SERVICE, UTICA
(JASON D. FLEMMA OF COUNSEL), FOR RESPONDENT-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARLENE O. TUCZINSKI
OF COUNSEL), FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Supreme Court, Oneida County (Anthony
F. Shaheen, J.), entered January 11, 2011.  The order denied
respondent's motion for the appointment of a psychiatric examiner.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988;
*Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567; *see
also* CPLR 5501 [a] [1]).

Entered:  March 16, 2012                          Frances E. Cafarell
                                                 Clerk of the Court